THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES C. INGRAM and Another, Appellants.— Application for leave to present appeal on typewritten

papers and briefs granted.  Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.